Bossman Boats, LLC
210 Parktowne Blvd
Suite 5
Edgewater, FL 32132

# Invoice

| Date | Invoice # |
|---|---|
| 7/7/2019 | 1883 |

**Bill To**
Corey Brinson & Tiffany Pierce
2018 Meadow Oak Cir.
Polk City, FL 33868

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 7/7/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Tortuga SC | 2020 Bossman Tortuga Matterhorn White Hull & Deck; Boat Length 17'11", Beam 70", Transom Height 20". Standard Features Include: Premium Fit & Finish With Diamond Non-Skid Deck, All SS Hardware, 2 Lockable Rod Lockers, Custom Fit 3 Rod Holders Port & Starboard Side, Forward Large Storage Locker, Forward 16 Gallon Fuel Cell, 16" Walk Around Gunwales, LED Nav Lights, 750gph Automatic Bilge, Push Pole Holders, NFS Steering, Offset Side Floor Console With Console Storage, SS Steering Wheel With Control Knob, 6 Toggle Electric Panel, 65qt Yeti Cooler With Cushion/Rear Bench & Custom Poling Platform. Five Year Transferrable Hull Warranty. #BOM00255J920 | 19,950.00 | 19,950.00T |
| 1 | Suzuki 50 | New Suzuki 50hp 4 Stroke | 0.00 | 0.00T |
| 1 | Float On Trailer | 2019 Float On Aluminum Trailer #40YBF1712KF000615 | 0.00 | 0.00T |
| 1 | Bossman SPCL | Bossman Special: 8ft Sportsman Series II Power Pole & 12V 55lb Thrust Minn Kota Tiller Trolling Motor With Pre Wire Including Series 24 Battery, Battery Tray, 70amp Breaker, Quick Release Plug & Receptacle | 1,995.00 | 1,995.00T |
| 1 | Misc. Add Ons | Upgrade To 24V 70lb Thrust Minn Kota iPilot Trolling Motor, Additional Series 24 Battery & Battery Tray | 880.00 | 880.00T |
| 1 | Misc. Add Ons | Humminbird Helix 7 Chirp GPS G3 Mega SI/DI With Transducer | 700.00 | 700.00T |
| 1 | Misc. Add Ons | Installation Of Humminbird | 150.00 | 150.00T |
| 1 | SS Prop | Stainless Steel Prop | 395.00 | 395.00T |
| 1 | Misc. Add Ons | Upgrade To Hydraulic Steering | 875.00 | 875.00T |
| 1 | OB 3 Bk Chrg | 3 Bank Onboard Charger | 395.00 | 395.00T |

Prices quoted are for cash or check only.
Credit card purchases add a 4% processing fee.

| | |
|---|---|
| Sales Tax (6.5%) | |
| Total | |
| Payments/Credits | |
| Balance Due | |

Page 1

EXHIBIT
B

Bossman Boats, LLC
210 Parktowne Blvd
Suite 5
Edgewater, FL 32132

# Invoice

| Date | Invoice # |
|---|---|
| 7/7/2019 | 1883 |

| Bill To | Ship To |
|---|---|
| Corey Brinson & Tiffany Pierce<br>2018 Meadow Oak Cir.<br>Polk City, FL 33868 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 7/7/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Misc. Add Ons | Atlas Micro Jacker Installed | 1,250.00 | 1,250.00T |
| 1 | Misc. Add Ons | 9x9 Lenco Trim Tabs Installed | 695.00 | 695.00T |
| 1 | Misc. Add Ons | 22 Gallon Livewell/Rear Bench Replacing Yeti Cooler | 1,650.00 | 1,650.00T |
| 1 | Misc. Add Ons | Rear Bench Seat Cushion | 250.00 | 250.00T |
| 1 | Misc. Add Ons | Mooring Cover | 350.00 | 350.00T |
| 1 | Misc. Add Ons | Upgrade To New Suzuki 60hp 4 Stroke # 06002F-910984 | 650.00 | 650.00T |
| 1 | Misc. Add Ons | Additional 8ft Sportsman Series II Power Pole | 1,400.00 | 1,400.00T |
| | Sales Discounts | Factory Direct Cash Rebate | -2,792.72 | -2,792.72 |
| | | Subtotal | | 28,792.28 |
| 1 | Dealer Fee | Dealer Fee Includes Florida Registration Fees, FL Numbers For The Boat & Transom Tie Down Straps | 250.00 | 250.00 |

Prices quoted are for cash or check only.
Credit card purchases add a 4% processing fee.

| | |
|---|---|
| Sales Tax (6.5%) | $1,871.50 |
| **Total** | $30,913.78 |
| **Payments/Credits** | -$30,213.78 |
| **Balance Due** | $700.00 |

Page 2