UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN ADMIRALTY

CASE NO.: 6:20-cv-00612-PGB-EJK

GEICO MARINE INSURANCE COMPANY,

    Plaintiff,

vs.

COREY BRINSON and TIFFANY PIERCE,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, GEICO Marine Insurance Company, through undersigned counsel and pursuant to Rule 42(a), Federal Rules of Civil Procedure, hereby dismisses this action, with prejudice.

Respectfully submitted,

    **GRAYROBINSON, P.A.**
    Counsel for Plaintiff

    /s/ *Ted L. Shinkle*
    TED L. SHINKLE, ESQ.
    Florida Bar No. 0608051
    1795 West NASA Blvd.
    Melbourne, Florida 32901
    Telephone: (321) 727-8100
    Facsimile: (321) 984-4122
    Email:    ted.shinkle@gray-robinson.com
    Secondary Email:
        jodi.aliano@gray-robinson.com